UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MARK FRANKLIN AND JUDY FRANKLIN** | **CIVIL ACTION NO. 14-2322** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **LOUISIANA FARM BUREAU MUTUAL INSURANCE CO., ET AL.** | **MAG. JUDGE JAMES D. KIRK** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 26] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiffs' Motion to Remand [Doc. No. 15] is **DENIED.**

MONROE, LOUISIANA, this 26th day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE