# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| MARK FRANKLIN AND<br>JUDY FRANKLIN | CIVIL ACTION NO. 14-2322 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOUISIANA FARM BUREAU<br>MUTUAL INSURANCE CO., ET AL. | MAG.  JUDGE JAMES D. KIRK |

### ORDER

The Court having been advised by counsel that the above civil action has been settled,

IT IS HEREBY ORDERED that the Clerk of Court administratively terminate this action, without prejudice to the right of the parties to re-open the proceedings.

IT IS FURTHER ORDERED that, within sixty (60) days of the date this Order is entered, the parties submit to the Court a Joint Stipulation of Dismissal signed by all parties who have appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 24th day of March, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE